# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JOSHUA LUKE RUSHING,**

    **Plaintiff,**

                                         **No. 1:25-cv-00489-KG-SCY**

**v.**

**CITY OF ALBUQUERQUE and
LILLIAN BYRES-RICHARDSON,**

    **Defendants.**

## STIPULATED ORDER DISMISSING
## DEFENDANT LILLIAN BYRES-RICHARDSON, WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Stipulated Motion to Dismiss Defendant Lillian Byres-Richardson, with prejudice, and the Court having reviewed the pleading and being otherwise fully advised in the premises,

**FINDS** that good cause exists for the entry of an order dismissing Defendant Lillian Byres-Richardson, with prejudice, based on agreement of the parties,

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:**

Defendant Lillian Byres-Richardson is dismissed with prejudice, with each party to bear their own costs and fees.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**Submitted by:**

**CITY OF ALBUQUERQUE**
Lauren Keefe, City Attorney

/s/ *Ashlee M. Wright*
Ashlee M. Wright
Managing City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4586 / F: (505) 768-4505

*Attorney for Defendants City of Albuquerque*
*and Lillian Byres-Richardson*


**Approved by:**

*Electronically Approved 3/17/2026*
Joshua Luke Rushing
313 Harvard Dr., SE
Albuquerque, NM 87106
(202) 420-9628
joshualukerushing@gmail.com

*Plaintiff Pro Se*

2