IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHUA LUKE RUSHING,

    Plaintiff,

                                      No. 1:25-cv-00489-KG-SCY

v.

CITY OF ALBUQUERQUE and
LILLIAN BYRES-RICHARDSON,

    Defendants.

## STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT, WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulated Motion to Dismiss Plaintiff's Complaint (hereinafter "Complaint"), with prejudice, and the Court having reviewed the pleading and being otherwise fully advised in the premises,

FINDS that good cause exists to grant the parties' Stipulated Motion to Dismiss Plaintiff's Complaint, with prejudice, with each party to bear their own costs and fees.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:

Plaintiff's Complaint is dismissed with prejudice, with each party to bear their own costs and fees.

                        /s/Kenneth J. Gonzales_____
                        CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**Submitted by:**

**CITY OF ALBUQUERQUE**
Lauren Keefe, City Attorney

/s/ *Ashlee M. Wright*
Ashlee M. Wright
Managing City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4586 / F: (505) 768-4505

*Attorney for Defendants City of Albuquerque
and Lillian Byres-Richardson*


**Approved by:**

*Electronically Approved 3/17/2026*
Joshua Luke Rushing
313 Harvard Dr., SE
Albuquerque, NM 87106
(202) 420-9628
joshualukerushing@gmail.com

*Plaintiff Pro Se*

2